Opinion issued October 10, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00559-CV

____________


RANDY D. HUNT AND CITY OF PASADENA, Appellants


V.


HAMID KHAN AND FALISA KHAN INDIVIDUALLY AND AS NEXT FRIEND
OF SASHA KHAN, A MINOR, Appellees






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 737,638






O P I N I O N

 Appellants, Randy D. Hunt and City of Pasadena, have filed a motion to
dismiss their appeal. More than 10 days has elapsed, and no objection has been filed. 
No opinion has issued. Accordingly, the motion is granted, and the appeal is
dismissed. Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings and Radack.

Do not publish. Tex. R. App. P. 47.